JOHN T. BELL, SBN 209941
LAW OFFICES OF JOHN T. BELL
610-16th Street, Suite 421
Oakland, California 94612
Telephone: 510-444-4638
Facsimile:  510-444-4019

Attorney for Defendant Rishaun Butler

UNITED STATES DISTRICT COURT

NORTHERN DISRICT OF CALIFORNIA-OAKLAND DIVISION

| | |
|---|---|
| UNITIED STATES OF AMERICA ) | Case No. CR14-00259 |
| ) | |
| Plaintiff, ) | |
| vs. ) | [PROPOSED] ORDER TO |
| ) | MODIFY PRETRIAL RELEASE |
| RISHAUN KUANTE BUTLER ) | CONDITIONS |
| a/k/a Rishaun Kinta Butler ) | |
| ) | |
| Defendant. ) | |

The defendant, Rishaun Butler ("Mr. Butler"), represented by John T. Bell requests the court modify Mr. Butler's pretrial release conditions to allow Mr. Butler to travel to Anaheim, California (Disneyland) for a family vacation from August 17, 2014 to August 21, 2014.  Mr. Butler has informed Nelson Barao of Pretrial Services of his travel plans, and Mr. Barao does not oppose Mr. Butler's request as long as Mr. Butler provides proof of his trip when he returns from Disneyland. The government, represented by Tai S. Milder, Special Assistant United States Attorney, does not oppose the defendant's request.

Respectfully submitted,

__/s/ John T. Bell_____             __/s/_Tai S. Milder_____
JOHN T. BELL                                 TAI S. MILDER
Attorney for Defendant Rishaun Butler        Assistant United States Attorney

[PROPOSED] ORDER TO MODIFY PRETRIAL RELEASE CONDITIONS

# [PROPOSED] ORDER

IT IS HEREBY ORDERED, that defendant Rishaun Butler's pretrial release conditions are modified to allow him travel to Anaheim, California (Disneyland) for a family from August 17, 2014 to August 21, 2014. The defendant must provide proof of his trip when he returns from Disneyland.

DATED: 8/14/14

*Kandis Westmore*
Honorable Kandis A. Westmore
Magistrate Judge